No. 10–5818.  JACKSON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–5819.  JONES v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–5820.  NEWSOM v. RUNNELS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–5821.  PERREGO v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 10–5823.  HUBBARD v. DETROIT PUBLIC SCHOOLS.  C. A. 6th Cir.  Certiorari denied.

No. 10–5824.  TAYLOR v. YATES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–5825.  VALLERY v. SMELOSKY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–5826.  VENEGAS v. TEXAS.  Ct. App. Tex., 13th Dist.  Certiorari denied.

No. 10–5840.  POLK v. KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 10–5846.  DIXIE v. WILSON, SUPERINTENDENT, INDIANA STATE PRISON.  C. A. 7th Cir.  Certiorari denied.

No. 10–5847.  ROWELL v. MARTINO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–5853.  MANKO v. MANNOR ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 10–5854.  JERVIS v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 10–5855.  MARIE P. v. SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 10–5856.  BUCHANAN v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.